SILVEY & COMPANY *et al. v.* BROWN.

FISH, C. J. 1. An alleged statement of facts not being set forth in the bill of exceptions nor made a part of the same as an exhibit thereto and properly authenticated, what purports to be an agreed statement of facts sent up as a part of the record, but not approved by the judge and ordered filed as such, can not be considered by this court. *Robinson* v. *Woodward,* 134 *Ga.* 777 (68 S. E. 553) ; *Blackman* v. *Garrett,* 135 *Ga.* 226 (69 S. E. 110).

2. The errors assigned in the bill of exceptions being such as can not be determined from the record without a consideration of such alleged agreed statement of facts so sent up, the judgment of the court below must be affirmed. Ib.

3. The act of 1911, page 149, § 3, is applicable, according to its terms, exclusively to motions for new trial, and is not applicable to this case, wherein there was no motion for a new trial.

*Judgment affirmed. All the Justices concur, except Beck, J., absent, and Hill, J., not presiding.*

NOVEMBER 15, 1911.

Equitable petition. Before Judge Merrill. Lowndes superior court. November 22, 1910.

*W. C. Lane, John R. L. Smith, Hardeman, Jones, Callaway & Johnston,* and *Richard Curd,* for plaintiffs.